

# CT Corporation

**Service of Process Transmittal**
06/04/2015
CT Log Number 527237687

**TO:** Judith Swartz, Legal Assistant
Soo Line Corporation
120 S 6th St Ste 1000
Minneapolis, MN 55402-1813

**RE:** Process Served in Illinois

**FOR:** Soo Line Railroad Company (Domestic State: MN)

*Received Electronically @ 7:20 a.m. on 6-5-15* [handwritten annotation with signature]

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ronald Ward, Pltf. vs. Soo Line Railroad Company, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2015L005609 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 06/08/2013 - Locomotive # 8905 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/04/2015 at 11:00 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Scott C. Sands<br>Sands & Associates<br>230 W. Monroe St.<br>#1900<br>Chicago, IL 60606<br>312-236-4980 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/04/2015, Expected Purge Date: 06/09/2015<br>Image SOP<br>Email Notification, Judith Swartz Judith_Swartz@cpr.ca<br>Email Notification, Bill Tuttle bill_tuttle@cpr.ca<br>Email Notification, Marie van Uitert Marie_VanUitert@cpr.ca |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RONALD WARD, )
    Plaintiff, )
vs. ) No.
SOO LINE RAILROAD COMPANY, )      2015L005609
d/b/a Canadian Pacific Railway, Ltd., a ) **_PLEASE SERVE:_**    CALENDAR/ROOM A
foreign corporation, )      TIME 00:00
) 1.    SOO LINE RAILROAD COMPANY ability
SEATS, INCORPORATED, a foreign )      c/o CT Corporation System
corporation, KNOEDLER, INC. d/b/a )      208 S. LaSalle St., #814
Knoedler Manufacturers, Inc., )      Chicago, IL 60604
a foreign corp., )
NORDIC GROUP OF COMPANIES, ) 2.    **GE TRANSPORTATION**
LTD., a foreign corporation, )      Headquarters - Any Officer and/or Agent
GE TRANSPORTATION, a division )      500 W. Monroe St.
of GE, INC., a foreign corporation, )      Chicago, IL 60661
    Defendants. )

### SUMMONS

**YOU ARE SUMMONED** and required to file an Answer to the Complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of this Court at **Richard J. Daley Center, 50 W. Washington, Chicago, Illinois 60602**.

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR RELIEF REQUESTED IN COMPLAINT.**

**TO THE OFFICER:** This Summons must be returned by the officer of the person to when it was given for service with endorsement of service and fees, if any, immediately after service. If service cannot be made, the Summons shall be returned so endorsed. This Summons may not be served later than 30 days after this date.

WITNESS:    DOROTHY BROWN
                 CLERK OF CIRCUIT COURT

| | |
|---|---|
| Atty. No.: | 49303 |
| Name: | Scott C. Sands |
| Atty. for: | Plaintiff |
| Address: | 230 W. Monroe St., #1900 |
| City/State/Zip: | Chicago, IL 60606 |
| Telephone: | (312) 236-4980 |

Date of Service:

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



**DIE DATE**
06/26/2015

**DOC.TYPE:** LAW
**CASE NUMBER:** 15L005609
**DEFENDANT**
SOO LINE RAILROAD COMPANY
208 S LASALLE ST
CHICAGO, IL 60604
814

**SERVICE INF**
CO CT CORF

**ATTACHED**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RONALD WARD, )
    Plaintiff, )          2015L005609
vs. ) No.     CALENDAR/ROOM A
SOO LINE RAILROAD COMPANY, )       TIME 00:00
d/b/a Canadian Pacific Railway, Ltd., a )  *PLEASE SERVE:*  Product Liability
foreign corporation, ) 1.  SOO LINE RAILROAD COMPANY
SEATS, INCORPORATED, a foreign )     c/o CT Corporation System
corporation, KNOEDLER, INC. d/b/a )     208 S. LaSalle St., #814
Knoedler Manufacturers, Inc., )     Chicago, IL 60604
a foreign corp., )
NORDIC GROUP OF COMPANIES, ) 2.  **GE TRANSPORTATION**
LTD., a foreign corporation, )     Headquarters - Any Officer and/or Agent
GE TRANSPORTATION, a division )     500 W. Monroe St.
of GE, INC., a foreign corporation, )     Chicago, IL 60661
    Defendants. )

### SUMMONS

**YOU ARE SUMMONED** and required to file an Answer to the Complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of this Court at **Richard J. Daley Center, 50 W. Washington, Chicago, Illinois 60602**.

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR RELIEF REQUESTED IN COMPLAINT.**

**TO THE OFFICER:** This Summons must be returned by the officer of the person to when it was given for service with endorsement of service and fees, if any, immediately after service. If service cannot be made, the Summons shall be returned so endorsed. This Summons may not be served later than 30 days after this date.

WITNESS: DOROTHY BROWN

| | |
|---|---|
| Atty. No.: | 49303 |
| Name: | Scott C. Sands |
| Atty. for: | Plaintiff |
| Address: | 230 W. Monroe St., #1900 |
| City/State/Zip: | Chicago, IL 60606 |
| Telephone: | (312) 236-4980 |

DOROTHY BROWN, CLERK OF CIRCUIT COURT
Clerk

Date of Service: [SEAL]

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



**DIE DATE**
06/26/2015

DOC. TYPE: LAW
CASE NUMBER: 15L005609
<u>DEFENDANT</u>
SOO LINE RAILROAD COMPANY
208 S LASALLE ST
CHICAGO, IL 60604
814

SERVICE INF
CO CT CORF

**ATTACHED**